IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02557-WDM-CBS

THOMAS E. ROBAR, III,

    Plaintiff,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (filed February 1, 2006; *doc. no. 18*) is **GRANTED**.  The scheduling conference set for February 22, 2006, all related deadlines, are **VACATED**.

    Within 72 hours of their receipt of a decision by District Judge Miller on the Motion to Remand to State Court (filed January 10, 2006; *doc. no. 11*) and Motion to Strike Amended Complaint (filed January 13, 2006; *doc. no. 16*), counsel shall establish a conference call with Magistrate Judge Shaffer's chambers (303.844.2117) to set up a telephonic status conference.

**DATED:**    February 6, 2006